# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARION DAVIDSON,**

    **Plaintiff,**

**v.**                                                                         Case No.  8:04-cv-2177-T-30TBM

**ORTHO-McNEIL PHARMACEUTICAL, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

        The Court has been advised by counsel for the parties that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

        **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

        **DONE** and **ORDERED** in Tampa, Florida on June 5, 2007.

                                                                                 JAMES S. MOODY, JR.
                                                                                 UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-2177.dismissal.wpd